JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPHINE EASTON, an individual on behalf of herself and all employees similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO & COMPANY, a Delaware corporation; and WELLS FARGO BANK, NATIONAL ASSOCIATION; and DOES 1 to 100, Inclusive,<br><br>Defendants. | Case No. 2:20-cv-06070-AB-RAO<br><br>**[PROPOSED] ORDER DISMISSING PLAINTIFF'S INDIVIDUAL CLAIMS WITH PREJUDICE AND PLAINTIFF'S CLASS AND REPRESENTATIVE CLAIMS WITHOUT PREJUDICE** |

# [PROPOSED] ORDER

Having read and considered the parties' Joint Stipulation of Voluntary Dismissal of Case; Dismissal of Plaintiff's Individual Claims with Prejudice and Plaintiff's Class and Representative Claims Without Prejudice, the Court hereby **ORDERS** as follows:

1. Any and all of Plaintiff's purported individual claims against Defendants are hereby dismissed with prejudice;
2. Any and all putative class claims alleged by Plaintiff in this action are hereby dismissed without prejudice;
3. Any and all purported PAGA claims alleged by Plaintiff in this action are hereby dismissed without prejudice;
4. Any and all putative collective FLSA claims alleged by Plaintiff in this action are hereby dismissed without prejudice;
5. Each party shall bear their own attorneys' fees and costs;

**IT IS SO ORDERED**.

Dated: October 17, 2023

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE